**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARC SCOTT SILVERBERG**                                                 **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 2:09CV119-P-V**

**BOYD TUNICA, INC., d/b/a SAM'S TOWN
CASINO & GAMBLING HALL**

**ORDER**

This cause is before the Court on the defendant's Motion in Limine to Exclude Plaintiff's Counsel from Referencing Religion and/or Deity in Opening or Closing Argument as Guide to Jury's Decision [85]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Defendant seeks entry of an order prohibiting plaintiff's counsel from referencing religion and/or a deity in opening or closing arguments, or at any point during trial as a guide to the jury's decision. The issue presented is identical to that addressed by Chief District Judge Michael P. Mills in <u>Whitfield v. Harris</u>, 474 F. Supp.2d 822 (N.D. Miss. 2007). The undersigned hereby adopts the reasoning of that opinion and incorporates it by reference herein.[1] Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion in Limine to Exclude Plaintiff's Counsel from Referencing Religion and/or Deity in Opening or Closing Argument as Guide to Jury's Decision [85] should be, and hereby is, GRANTED IN PART AND DENIED IN PART.

---

[1] A copy of the opinion which explains the instant ruling is attached hereto as Exhibit A.

SO ORDERED, this the 5th day of August, 2011.

                                                      /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE