# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

MARC SCOTT SILVERBERG,      PLAINTIFF,

VS.      CIVIL ACTION NO. 2:09CV119-P-S

BOYD TUNICA, INC. D/B/A
SAM'S TOWN HOTEL & GAMBLING      DEFENDANT.
HALL,

## SPECIAL INTERROGATORIES TO THE JURY

### SPECIAL INTERROGATORY NO. 1:

Regarding Plaintiff's claim of discrimination based upon his race, we, the jury, find for:

Plaintiff __✓__      Defendant _____

### SPECIAL INTERROGATORY NO. 2:

Regarding Plaintiff's claim that he was discriminated against because of his religion, we, the jury, find for:

Plaintiff _____      Defendant __✓__

If you answered both Interrogatory Nos. 1 and 2 for Defendant, your deliberations are complete. Have the foreperson sign and date the verdict form, then notify the Deputy that you have reached a verdict.

If you answered Interrogatory Nos. 1 or 2 for Plaintiff then answer Interrogatories Nos. 3 though 5.

**SPECIAL INTERROGATORY NO. 3:**

Has the Defendant proved by a preponderance of the evidence that it would have terminated Plaintiff based upon the Plaintiff's audio recording?

Yes ✓  No ____

**SPECIAL INTERROGATORY NO. 4:**

If you answered Interrogatory No.1 or Interrogatory No. 2 for the Plaintiff, what amount of damages do you award Plaintiff for back pay?

$ 102,000.60

**SPECIAL INTERROGATORY NO. 5:**

If you answered Interrogatory No.1 or Interrogatory No. 2 for the Plaintiff, what amount of damages do you award Plaintiff for mental anxiety?

$ 76,500.00

8/12/2011
DATE

Vickie Cox [signature]
FOREPERSON'S SIGNATURE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

MARC SCOTT SILVERBERG                  PLAINTIFF

CIVIL ACTION NO. 2:09CV119-P-V

VERSUS

BOYD TUNICA, INC., d/b/a                  DEFENDANT
SAM'S TOWN HOTEL & GAMBLING HALL

## PUNITIVE DAMAGES VERDICT FORM

Do you find that the plaintiff is entitled to punitive damages?

Yes ✓         No ____

If you find that the plaintiff is entitled to punitive damages, please indicate the amount below:

$ 400,000.00

If you find that the plaintiff is not entitled to punitive damages, please check "No" above and return this verdict form to the bailiff.

8/12/2011
DATE

_Vickie Ann [signature]_
FOREPERSON'S SIGNATURE