### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**MARC SCOTT SILVERBERG**                                        **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 2:09-CV-119-WAP**

**BOYD TUNICA, INC. d/b/a SAM'S TOWN**
**CASINO & GAMBLING HALL**                                        **DEFENDANT**

### FINAL JUDGMENT

This cause came on for trial on August 8, 2011, and on August 12, 2011, the jury returned a verdict, finding for Plaintiff in the amount of $178,500 in actual damages and $400,000 in punitive damages.

Therefore, it is hereby ORDERED that the Plaintiff Marc Scott Silverberg is awarded judgment of, from and against Defendant Boyd Tunica, Inc., d/b/a Sam's Town Hotel & Gambling Hall, in the amount of $578,500.00. This Judgment shall bear interest at the rate of 1.2 % per annum.

SO ORDERED, this the 30th day of August, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE